In the Matter of the Application of J. RICH STEERS, INC., for an Order Summarily Vacating, Cancelling and Discharging of Record Two Alleged Notices of Lien Dated July 6, 1939, and June 3, 1939, and Both Filed by NEW HAVEN ROAD CONSTRUCTION Co., INC., against Moneys Due and to Become Due on a Certain Contract between the Department of Parks of the City of New York and STANDARD DREDGING CORP., etc., Known as Contract No. SS. 38-2 and Dated November 22, 1938, for Grading Embankment and Riprap on Shore Parkway from Fort Hamilton Parkway to Bay Parkway to Gravesend Bay, Borough of Brooklyn. (Appeal No. 1.) In the Matter of the Mechanic's Lien Claimed by NEW HAVEN ROAD CONSTRUCTION Co., INC., against the Moneys Due and to Become Due to STANDARD DREDGING CORP., Contractor with the Department of Parks of the City of New York. J. RICH STEERS, INC. (Appeal No. 2.)— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DOROTHY M. WHITE v. JOHN DENNY.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 144 and p. 944.] Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Estate of IRVING I. BLOOMINGDALE, Deceased. (Application by RICHMOND J. REESE, as Executor, for Instructions and Directions as to Setting up Trusts.) GEANNE H. B. BUTLER, as Executrix and Trustee. DONALD BLOOMINGDALE and Others, Impleaded, etc. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HOWARD A. NEWMAN v. LILLIAN GRACE NEWMAN.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ANNE RITHOLTZ v. ISIDORE SCHILDER and Others, Impleaded with ALVIN A. LICHT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## SECOND DEPARTMENT, JANUARY, 1940.
### (January 2, 1940.)

HELEN A. TROY, Respondent, *v.* THE NEW YORK TRUST COMPANY, Individually and as Testamentary Trustee under the Last Will and Testament of HENRY L. WOLFF, Deceased, Appellant.

In an action at law, brought by plaintiff, a *cestui* of a trust of which the defendant is the alleged trustee, to recover damages sustained by reason of the negligence of the defendant in failing to reduce to possession for the purposes of administration the trust corpus, order denying defendant's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion.

Lazansky, P. J., Carswell, Taylor and Close, JJ., concur; Hagarty, J., dissents and votes to reverse the order and to grant the motion with opinion,